IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARK HUNTER                                                                                      PLAINTIFF

v.                              Case No. 1:21-cv-1041

C.R. BARD, INC. and
BARD PERIPHERAL VASCULAR, INC.                            DEFENDANTS

## ORDER

      Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice. ECF No. 13. The parties stipulate that this case should be dismissed without prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**, with each party bearing its own costs.

      **IT IS SO ORDERED**, this 17th day of September, 2021.

                                                                     /s/ Susan O. Hickey
                                                                     Susan O. Hickey
                                                                     Chief United States District Judge